IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Crismon,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Rural/Metro Corporation, et al.,<br><br>　　　　Defendants. | No. CV-13-01213-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal With Prejudice (Doc. 31), and good cause appearing,

IT IS ORDERED granting the parties' Stipulation for Dismissal With Prejudice (Doc. 31).

IT IS FURTHER ORDERED directing the Clerk's Office to dismiss the above-entitled action with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 10th day of February, 2014.

_____
Neil V. Wake
United States District Judge